382 A.2d 752

Commonwealth, Appellant, v. Matherly.

Submitted June 13, 1977. James P. MacElree, II, Deputy District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellant; Michael Barranco, Assistant Public Defender, and John R. Merrick, Public Defender, for appellee.

Order affirmed.